GILBERT B. SAYRES, as Trustee in Bankruptcy of EDWARD S. SMITH, a Bankrupt, Appellant, v. WILLIAM D. CAMPBELL and Others, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

HERMAN SCHELHORN, Appellant, v. WESTCOTT EXPRESS COMPANY, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the question whether the emergency employment had not terminated, so that the plaintiff and the chauffeur were no longer fellow-servants, was a question of fact for the jury. Jenks, P. J., Mills and Putnam, JJ., concurred; Thomas, J., concurred, and is also of opinion that the question of emergency servant is not present in the case.

THOMAS TULLY, Respondent, v. CRANFORD COMPANY, Appellant.— Reargument ordered, and case set down for Wednesday, December 5, 1917. Jenks, P. J., Thomas, Mills and Blackmar, JJ., concurred; Putnam, J., not voting.

GEORGE WEYANT, Appellant, v. HARRY C. ROSENBERG, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of evidence. We also think that it was error to admit in evidence defendant's Exhibit A, inasmuch as it was a self-serving declaration. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

WRIGHT FLYING FIELD, INC., Appellant, v. EMPIRE STATE AIRCRAFT CORPORATION, Respondent.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

LESLIE BELDEN, Respondent, v. NORTHERN HOTEL COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ESTHER BLOOM, Respondent, v. AARON BENNETT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JAMES W. CROOKS and Others, Respondents, v. THE AEOLIAN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. We think there is evidence which authorized the referee to decide that on the 9th day of April, 1913, no competing manufacturer was then manufacturing an organ having the same musical effect as that produced by the invention covered by patents Nos. 671, 691. There is no evidence of either waiver or estoppel; and for that reason, while affirming the judgment, we reverse findings 27, 28, 29, 30, 33, 34 and 35. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

CHARLES L. MCGRATTY and EDWARD J. MCGRATTY, Copartners, etc., Appellants, v. KRANTZ MANUFACTURING COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.